## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| N&S RESTAURANT LLC ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>    Plaintiff,<br><br>V.<br><br>CUMBERLAND MUTUAL FIRE INSURANCE COMPANY<br><br>    Defendant. | CIVIL ACTION NO.: 1:20-CV-05289<br><br>**NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. 12(B)(6)** |

**PLEASE TAKE NOTICE** that pursuant to F.R.C.P. 12(b)(6), the undersigned hereby applies for an Order dismissing the Amended Complaint for failure to state a claim upon which relief can be granted.

                                **METHFESSEL & WERBEL, ESQS.**
                                Attorneys for Cumberland
                                Mutual Fire Insurance Company

                                By:_____
                                    Eric L. Harrison

DATED: June 16, 2020
A proposed form of Order is annexed hereto