<u>NOT FOR PUBLICATION</u>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| N&S RESTAURANT LLC, | |
| Plaintiff, | Civil No. 20-05289 (RBK/KMW) |
| v. | **ORDER** |
| CUMBERLAND MUTUAL FIRE INSURANCE COMPANY, | |
| Defendant. | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon (1) Defendant's Motion to Dismiss (Doc. 6) and (2) Defendant's Motion to Dismiss Amended Complaint (Doc. 15); for the reasons expressed in the corresponding Opinion,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss the Amended Complaint (Doc. 15) is **GRANTED**, and the Motion to Dismiss (Doc. 6) is **DENIED AS MOOT**.

Dated: <u>11/5/2020</u>                                             /s/ Robert B. Kugler
                                                                              ROBERT B. KUGLER
                                                                              United States District Judge